# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLIFFORD C. EATON**                                                                                              **PLAINTIFF**

V.                              **CASE NO.: 4:10CV02018 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                        **DEFENDANT**

## JUDGMENT

Plaintiff Clifford C. Eaton's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 10th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE